## Emergency Filling

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241



F I L E D

MAR 1 5 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

|  |  |
|---|---|
| Biro <br> *Petitioner* <br><br> v. <br><br> Chapman <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No. 1:22-CV-00176(TSE/JFA) <br> *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.    (a) Your full name: Riley Dyson Biro

       (b) Other names you have used: N/A

2.    Place of confinement:

       (a) Name of institution: Loudoun county Adult Detention center

       (b) Address: Facility Advess: Sheriff chapmans Advess: 803 sycolin RD. Leesburg VA 20175

       (c) Your identification number: 210120l

3.    Are you currently being held on orders by:

       ❑ Federal authorities    ☒ State authorities    ❑ Other - explain:

_____

4.    Are you currently:

       ☒ A pretrial detainee (waiting for trial on criminal charges)

       ❑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

         If you are currently serving a sentence, provide:

           (a) Name and location of court that sentenced you: N/A

           (b) Docket number of criminal case: N/A

           (c) Date of sentencing: N/A

       ❑ Being held on an immigration charge

       ❑ Other *(explain)*:

N/A

## Decision or Action You Are Challenging

5.     What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): *Whether Any further prosecution efforts are constitutional and weather the case should be Dismissed with prejudice,*

6.     Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: _____

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: *Pretrial Detention, and legal validity of prosecution efforts.*

(d) Date of the decision or action: *Arrested on 3/16/21*

## Your Earlier Challenges of the Decision or Action

7.     **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes         ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Lowdown County Circuit Court*

(2) Date of filing: *unknown, motion was Heard on 1/7/2022*

(3) Docket number, case number, or opinion number: _____

(4) Result: *Motion denied, Lawyer messed up the Breif*

(5) Date of result: *On information and Belief, 1/7/2022*

(6) Issues raised: *Motioned to Dismiss indictments Because speedy trial was violated.*
*We raised issues of special counsel often Not corraperating in Discovery, court continuing case on its own motion, prosecutor Burdening himself with extra discovery.*

(b) If you answered "No," explain why you did not appeal: _____

N/A

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Loudoun County Circuit Court

(2) Date of filing: Aproximatly 12/15/21

(3) Docket number, case number, or opinion number: _____

(4) Result: On information and belife, None as of 3/1/2022

(5) Date of result: _____

(6) Issues raised: A) Constitutional speedy trial
B) Brady Violation
C) ~~prosecutor~~ Judicial misconduct

(b) If you answered "No," explain why you did not file a second appeal: _____

N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

N/A

(b) If you answered "No," explain why you did not file a third appeal: *Lawyer was unable to file interlocatory Appeal on Criminal defense motion, No Ruling yet in London County Circuit Court state habeas petion, Biro does not*

10. **Motion under 28 U.S.C. § 2255** *want to file original Jurisdiction habeas to VA*

In this petition, are you challenging the validity of your conviction or sentence as imposed? *supreme court because that court is very*

☐ Yes  ☒ No  *Nihilistic forward speedy trial.*

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☒ No  *Procndurally Barred from Original Jurisdiction habeas to US Supreme Court.*

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

*N/A*

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

*N/A*

_____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your

conviction or sentence:   _____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes         ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody:   _____

(b)    Date of the removal or reinstatement order:   _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes         ☐ No

If "Yes," provide:

(1) Date of filing:   _____

(2) Case number:   _____

(3) Result:   _____

(4) Date of result:   _____

(5) Issues raised:   _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes         ☒ No

If "Yes," provide:

(1) Name of court:   _____

(2) Date of filing:   _____

(3) Case number:   _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Right to A speedy trial under The 6th Amendment to the Us constitution

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Detianed for nearly a year Awaiting trial on Charges of minnor crimes I.E. Violating a protective Order, Obstruction of Law enforcement, making threatening Statements, and Assultand batteray.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** The Statements I Am Alledged to have MADe are protected by the First Amendment to the G.S Constitution and the State statues I Am charged Violating Do Not have a Suffient mens Rea element to

(a) Supporting facts *(Be brief. Do not cite cases or law.):* Be Federally Constitutional under A1. In order for the goverment to punish a persons words as a crime without violating Amendment 4 to the G.S. Constitution they must prove a substantial mens Rea element. the threat to Bomb orebun statues Do not hold Enough of a mens Rea element to Be Federally Constitutional.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

**GROUND THREE:** My Right to Due process under section 1 of Amendment 14 to the G.S Constitution have been violated and retalted Against by this prosacution Attempting to criminilize me sending pleadings to a pro SE

(a) Supporting facts *(Be brief. Do not cite cases or law.):* Litigant in a protective order appeal case.

I was a senior in highschool and the principle at my highschool, stone Bridge Highschool in Ashburn Virginia Did not like my Support of president trump. He tried to throw me Out of school for it. 2 Reported Him to the Virginia Departmet of Education and wrote him a cease and desist letter. He made counter Accusations days later in a protective order. The

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☒ No Court moved the hearing Without telling me and entered it in a defualt Judgment. 2 appealed

for a denovo refrial in the circuit Court of Loudonn County. I was Arrested for violating it when emailed Fylln a pleaple Demanding a Jurry trial. We Were Both P/o SE at the time.

**GROUND FOUR:** VA Supreme Courts Judicial emergency and Suspention of VA Speedy trial act is Abuse of Judicial Authority and Unconstitutional.

(a) **Supporting facts** *(Be brief. Do not cite cases or law.):*

Remember Highschool civics class, we have 3 branches of goverment. and a constitnional Right to a fair and speedy trial. The concept of a "speedy trial" is a Abstract concept. The VA General Assembelly Interpets a speedy trial as 5 months from preliminary hearing or direct indictment. the VA Courts have No interpetration of the constitnial Right to a speedy trial But superficaly claim to follow federal president. The VA Supreme Court has for the last 2 years suspended statuatory speedy trial. they have

(b) **Did you present Ground Four in all appeals that were available to you?**

☐ Yes          ☐ No

No Authority to do so. there is nothing in the constitnion that gives them that Authority.

14. **If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:** Ground 2 and Ground 3 are dutholelly a Federal Question that the Virginia State Courts would unlikely have Granted any relife for. Ground 4 is a Federal question under the immunitys clause of A14 and VA State Courts would Never grant any relife.

**Request for Relief**

15. **State exactly what you want the court to do:** Order that I Be Released from Jail Imediatly and All Indictments Be dismissed with predidice. Order that the VA supreme courts Suspention of the VA speedy trial act is a Abuse of Authority. and establish Precedent that the speed trial Act still Aplies and Any Defentions and Conviction gotten in violation of it are unconstitutional

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/6/2022

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Notary public, Loudoun County virginia
Reg#. _____

My Comission expires: _____